UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:14-cv-119-RLV
(5:03-cr-37-RLV-12)

| TROY NAMAN POWELL, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| vs. | ) | ORDER |
|  | ) |  |
| UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

UPON MOTION of the Government, (Doc. No. 7), to hold Petitioner's motion to vacate brought under 28 U.S.C. § 2255 in abeyance pending resolution of United States v. Surratt, No. 14-6851, and to extend the time for filing of the Government's Response until 45 days from the issuance of the Fourth Circuit's mandate in Surratt,

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 7), is **GRANTED**.

Signed: January 30, 2015

Richard L. Voorhees
United States District Judge