UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:14-cv-119-RJC
(5:03-cr-37-RJC-13)

| TROY NAMAN POWELL, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

UPON MOTION of the Government, (Doc. No. 11), to hold Petitioner's this action in abeyance pending resolution of United States v. Wheeler, Fourth Circuit Case No. 16-6073,

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 11), is **GRANTED** for the reasons stated in the Government's memorandum. The Government shall file its response within 45 days after the Fourth Circuit issues its mandate in Wheeler.

Signed: March 7, 2018

Robert J. Conrad, Jr.
United States District Judge