# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:14-cv-119-RJC
# (5:03-cr-37-RJC-13)

| | |
|---|---|
| TROY NAMAN POWELL, | ) |
| Petitioner, | ) |
| vs. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

This matter is before the Court on an unopposed motion to stay filed by the Government. (Doc. No. 13). This matter is currently being held in abeyance pending resolution of United States v. Wheeler, which was decided by the Fourth Circuit on June 11, 2018. United States v. Wheeler, No. 16-6073, 2018 WL 2947929 (4th Cir. June 11, 2018). The Government now seeks for this Court to hold this action in abeyance until either (1) the Government decides not to file a petition for writ of certiorari in United States v. Wheeler or, (2) if the United States files a petition for writ of certiorari, Wheeler is resolved by the Supreme Court. The Government's motion to stay is granted. The Government shall notify this Court when either of these events occurs and shall have 45 days after either event in which to file its response.

Signed: August 15, 2018

Robert J. Conrad, Jr.
United States District Judge