# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Troy Naman Powell,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:14-cv-00119-KDB |
| | ) | 5:03-cr-00037-KDB |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent(s). | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 19, 2019 Order.

December 19, 2019

Frank G. Johns, Clerk
United States District Court